DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LINDA HAMILTON-HERZOG,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF CHILDREN AND FAMILIES
CIRCUIT: 19 ST. LUCIE UNIT: 88510,**
Appellee.

No. 4D22-687

[February 2, 2023]

Appeal from the State of Florida, Department of Children and Families, Office of Appeal Hearings; L.T. Case Nos. 21F-08997 and 1081937009.

Linda Hamilton-Herzog, Port St. Lucie, for appellant.

Brian Meola of Department of Children and Families, Fort Pierce, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***